[No. 28215-8-I.   Division One.   December 28, 1992.]

*In the Matter of the Marriage of* LYNNE A.C. TASKER, *Appellant, and* MICHAEL K. TASKER, *Respondent.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 90-3-00753-7, Stanley K. Bruhn, J., entered March 18, 1991. *Reversed* by unpublished opinion per Coleman, J., concurred in by Webster, A.C.J., and Agid, J.

[Nos. 27407-4-I; 28400-2-I.   Division One.   December 28, 1992.]

ROGER B. COMPTON, *Appellant,* v. PAMELA L. MEIGS, *Respondent.*

Appeals from a judgment of the Superior Court for King County, No. 87-5-01330-9, Faith Enyeart, J., entered November 28, 1990. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, A.C.J., and Kennedy, J.

[No. 26033-2-I.   Division One.   December 28, 1992.]   ·

THE STATE OF WASHINGTON, *Respondent,* v. JOSEPH GARY SCHAEFER, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 89-1-00479-2, Stuart C. French, J., entered April 27, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Kennedy and Agid, JJ.